**Gregory Charles KRUG, Plaintiff–Appellant,**

v.

**Jo Ann FARRINGTON; Annie A. Wong, Defendants–Appellees.**

No. 08–8076.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 20, 2009.

Gregory Charles Krug, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Charles Krug appeals the district court's order transferring his complaint filed pursuant to *Bivens v. Six Un-*

*known Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) to the United States District Court for the Middle District of Tennessee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Krug v. Farrington,* No. 1:08–cv–00658–GBL–JFA (E.D.Va. July 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*